417 A.2d 779

Taback, Appellant, v. Taback et al.

Submitted March 31, 1978.   Abraham J. Brem Levy, for appellant;   Jay D. Barsky, for appellees.

Order of the court below affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.

417 A.2d 779

Williams et ux. v. Likowski, Appellant.

Argued March 20, 1979.   Joseph J. Musto, for appellant;   Thomas E. Mack, for appellees.

Before PRICE, SPAETH and LIPEZ, JJ.

The judgment of sentence of the lower court is hereby affirmed.